THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HYGEA HEALTH HOLDINGS INC.,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-10362 (KBO) |
| Advisory Trust Group, LLC, in its capacity as Trustee of the Creditors' Trust of Hygea Holdings Corp.,<br><br>Plaintiff,<br>vs.<br><br>Innovative Clinical Partners LLC,<br>Defendant. | Adv. No. 22-50142 (KBO) |

## SCHEDULING ORDER

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hygea Health Holdings, Inc. (8926). On June 17, 2021, the Court entered an order closing the chapter 11 cases of Hygea Holdings Corp. (2605) and its debtor affiliates (the "Debtor Affiliates"). Together with the last four digits of their respective taxpayer identification numbers, the Debtor Affiliates include: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850). The corporate headquarters address of the Reorganized Debtor and the Debtor Affiliates is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

To promote the efficient and expeditious disposition of the above-captioned adversary proceeding, the following schedule shall apply.

**IT IS HEREBY ORDERED** that:

1. The discovery planning conference described in Fed.R.Civ.P. 26(f), made applicable by Fed.R.Bankr.P. 7026, has been deemed to have occurred.

2. The parties shall provide the initial disclosures under Fed.R.Civ.P. 26(a)(1) no later than November 15, 2022. Any extension to the deadline to provide initial disclosures must be by Order of the Court and will only be granted for good cause shown.

3. All fact discovery shall be completed by February 13, 2023.

4. Pursuant to the General Order Regarding Procedures in Adversary Proceedings entered by the Honorable Mary F. Walrath on April 7, 2004, no later than one hundred twenty (120) days, after the answer or other responsive pleading to the complaint is filed (i.e. January 10, 2023), the parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding.

5. Within ninety (90) days after entry of an Order Assigning the Adversary Proceeding to Mediation, the mediator shall either (a) file a mediator's certificate of completion, or, (b) if the mediation is not concluded, file a status report that provides the projected schedule for completion of the mediation.

6. Mediation shall be conducted between the parties 90 days from the date of the conclusion of fact discovery, or May 14, 2023.

7. If mediation is unsuccessful, the parties shall provide expert reports for any issue on which they bear the burden of proof, not including any report by Plaintiff on insolvency of the

Debtors, by July 13, 2023. If the Defendant intends to provide expert testimony regarding the insolvency of the Debtors, any such expert report must be provided by August 12, 2023. Any expert report by Plaintiff on the insolvency of the Debtors, as well as any Parties' expert report intended to rebut any other expert report, shall be provided by September 12, 2023. Defendant shall provide any expert report intended to rebut any report on insolvency by Plaintiff by October 12, 2023. All reports shall provide the information required by Fed.R.Civ.P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, by October 11, 2023.

8. All dispositive motions shall be filed and served by no later than December 11, 2023 and shall be subject to Rule 7.1.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware.

9. The parties shall file, no later than three (3) business days prior to the earlier of date set for (i) pretrial conference (if one is scheduled) or (ii) trial, their Joint Pre-Trial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to chambers.

10. The Order Assigning the Adversary Proceeding to Mediation shall set the Adversary Proceeding for trial 90 days after the submission of dispositive motions, or as soon thereafter as the Court's calendar permits. The Court may, in its discretion, schedule a pre-trial conference in lieu of or in addition to the trial.

11. The Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of any adversary proceeding subject to this Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. The Plaintiff shall file a status report forty-five (45) days after the date of this scheduling order, each forty-five (45) days thereafter, and thirty (30), twenty (20), and ten (10) days prior to trial, setting out the status of each unresolved adversary proceeding subject to this Order. Plaintiff shall immediately advise

Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

12. Deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion for good cause shown.

13. The Plaintiff shall serve this Scheduling Order on each Defendant within five (5) business days after the entry of this Order.

Dated: October 11th, 2022
Wilmington, Delaware

*Ka B. O____*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**